# LAWRENCE GERZOG
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10065

(212) 486-3003								FAX: (212) 486-7701

March 31, 2008

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v Celaj et al (Singh)
      07 cr 837

Dear Judge Marrero:

I am writing on behalf of my client, Rabindra Singh, to request a modification of the bail conditions set in his case. Pursuant to an order issued by Magistrate Judge Eaton, the following conditions are currently in place: (1) an $250,000 personal recognizance bond to be signed by two financially responsible persons; (2) an estate with an equity of at least $200,000; and (3) $10,000 cash. While Mr. Singh's family is willing and able to meet the first two conditions, they are unable to post the $10,000 cash. As such, with the consent of the government, we request that the bail conditions be amended to the following: (1) a $250,000 personal recognizance bond to be signed by two financially responsible persons; (2) an estate with an equity of at least $200,000; and (3) home detention with electronic monitoring. These proposed conditions will allow Mr. Singh to resume his employment and contribute to the support of his family.

I thank the court for its consideration of this matter.

Sincerely,

Lawrence Gerzog

cc:   AUSA Katherine Goldstein

---

Request GRANTED. The bail conditions of defendant Rabindra Singh herein are modified to permit home confinement with electronic monitoring as substitute for the posting of cash on the terms and conditions set forth above.

SO ORDERED:

3-31-08
DATE                    VICTOR MARRERO, U.S.D.J.