# LAWRENCE GERZOG

ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10065

Lawrence D. Gerzog
Maria G. Worley

Tel: (212) 486-3003
FAX: (212) 486-7701

June 10, 2008

**EX PARTE SUBMISSION**

By Facsimile to 212-805-6382

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Rabindra Singh,
            07 CR 837 (VM)

Dear Judge Marrero:

I represent Rabindra Singh pursuant to the Criminal Justice Act in the above referenced case. As the Court is aware, there is a great deal of audio discovery in this case. Rather than have an attorney review and digest this discovery in the first instance, at the higher attorney CJA rates, I hereby request authorization to hire a paralegal for 100 hours at a rate of $15.00 per hour, or a total of $1,500.00, to review and digest the audio discovery on behalf of Mr. Singh.

This will result in a more efficient, and less expensive, procedure.

Respectfully submitted,

Lawrence D. Gerzog

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08

*Request GRANTED. Defendant Rabindra Singh is authorized to hire a paralegal for 100 hours at a rate of $15.00 per hour to perform the services described above.*

SO ORDERED:

6-10-08

DATE

VICTOR MARRERO, U.S.D.J.