# LAWRENCE GERZOG
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10065

Lawrence D. Gerzog
Maria G. Worley

Tel: (212) 486-3003
FAX: (212) 486-7701

June 20, 2008

By Facsimile to 212-805-6382

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States v. Celaj et al (Singh)
> 07cr837

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

Dear Judge Marrero:

I am writing to request a thirty-day extension of time in which to file motions in the above case. The motions are currently due on July 1, 2008, and I do not expect that I will have completed review of the discovery and preparation of the motions by that date. While I have been steadily working on this case, there is a significant amount of material that I am still reviewing, and I do not think it is realistic for me to complete the motions by the scheduled date. I have left a voicemail for AUSA Goldstein regarding this request, but we have not yet spoken and I therefore do not know the government's position.

I thank the court for its consideration.

Respectfully,

Lawrence Gerzog

cc: AUSA Katherine Goldstein

*Request GRANTED. The time for defendants herein to file pretrial motions is extended to 8-1-08.*

SO ORDERED:
6-20-08
DATE    VICTOR MARRERO, U.S.D.J.