**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| -against- | : | O7 Cr. 837 (VM) |
| **DIN CELAJ, et al.** | : | AFFIRMATION |
| **Defendants.** | : | |

-----------------------------------------------------------x

     LAWRENCE GERZOG, an attorney duly admitted to practice before the Courts of the State of New York, affirms under the penalty of perjury that the following statements are true:

    1.    I represent defendant Rabindra Singh in the present matter.

    2.    This affirmation is submitted in support of Mr. Singh's pretrial motion for an order (1) granting Singh a separate trial from that of his co-defendants; (2) directing the government to provide a bill of particulars; (3) granting Singh the relief sought in motions submitted on behalf of co-defendants, to the extent that it is applicable, and applying any applicable facts or arguments presented in those motions to the present application; (4) ordering an evidentiary hearing to resolve any factual disputes necessary to determination of the present application; and (5) granting such other and further relief as the court may deem just and proper.

    3.    The facts alleged in the accompanying memorandum of law are based on information and belief, the sources of which include discussions with the government,

review of discovery materials provided to the defense, and review of the court file in this and related cases.

Affirmed:   New York, New York
            August 1, 2008

/s/ _____
LAWRENCE GERZOG
251 East 61st Street
New York, New York 10021
(212) 644-5200
*Attorney for Defendant*
*Rabindra Singh*