LAWRENCE D. GERZOG
MARIA G. GIORDANO
ANNE E. GLATZ*

*ALSO ADMITTED
IN ILLINOIS

LAW OFFICES
LAWRENCE D. GERZOG
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 8-6-07

July 31, 2008

EX PARTE SUBMISSION

By Facsimile to 212 805-6382

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: United States v. Rabindra Singh,
         Criminal Docket No. 07-837 (VM)

Dear Judge Marrero:

  On June 10, 2008, you authorized me to spend 100 hours of paralegal time at $15.00 per hour to perform the task of listening to and summarizing the audio discovery in this case. The task has proven to be significantly more time intensive than originally imagined, as there are over 1500 recorded conversations that have generated over 170 pages of typed summaries.

  For that reason, I ask that you authorize an additional 200 hours of time, also at $15.00 per hour, nunc pro tunc to June 10, 2008, so that the review and summary of the conversations can be completed. Had my associate or I been performing this task, it would have involved a dramatically higher expenditure of CJA funds, so I continue to believe this is the most efficient and cost effective way of handling this process.

              Respectfully submitted,

              Lawrence D. Gerzog

Request GRANTED in part. Defendant Rabindra Singh is authorized to spend an additional 100 hours of paralegal time at a rate of $15.00 per hour in the summary of audio discovery described above, nunc pro tunc to 6-10-08.

SO ORDERED:

8-6-08
DATE  VICTOR MARRERO, U.S.D.J.